RICHARD ZUCKERMAN
Principal Deputy Assistant Attorney General

EMILY K. MILLER
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
(202) 353-7509
Emily.K.Miller@usdoj.gov
*Counsel for the Defendant, the Internal Revenue Service*

CHRISTIAN A. SPECK
WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP
10640 Mather Blvd. Suite 200
Mather, California 95655
(916) 920-5286
CSpeck@wkblaw.com
*Counsel for the Plaintiff, Billie M. Mertes*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLIE M. MERTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNAL REVENUE SERVICE,<br><br>　　　　Defendant. | No. 1:19-cv-1218-AWI-SKO<br><br>**JOINT STIPULATION AND <s>PROPOSED</s> ORDER** |

|   |   |
|---|---|
| 1 | Plaintiff, Billie M. Mertes, and Defendant, the Internal Revenue Service (Service) stipulate that the adequacy of the Service's search for the requested records is not at issue in this Freedom of Information Act (FOIA) case. Accordingly, the only remaining issue in this case to be resolved upon summary judgment is the appropriateness of the exemptions from disclosure, which the Service asserted under the FOIA. |

Dated: January 31, 2020

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

| | |
|---|---|
| */s/ Emily Katherine Miller* | */s/ Christian A. Speck* |
| EMILY K. MILLER | (as authorized via email on Jan. 30, 2020) |
| Trial Attorney, Tax Division | CHRISTIAN A. SPECK |
| United States Department of Justice | Wagner Kirkman Blaine |
| P.O. Box 227 | Klomparens & Youmans LLP |
| Ben Franklin Station | 10640 Mather Blvd. Suite 200 |
| Washington, D.C. 20044 | Mather, California 95655 |
| (202) 353-7509 | (916) 920-5286 |
| Emily.K.Miller@usdoj.gov | CSpeck@wkblaw.com |
| *Counsel for the Internal Revenue Service* | *Counsel for Billie M. Mertes* |

IT IS SO ORDERED.

Dated: January 31, 2020                    _____
                                                          SENIOR DISTRICT JUDGE

Stipulation

2