DAVID HUBBERT
Acting Assistant Attorney General

EMILY K. MILLER
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
(202) 353-7509
Emily.K.Miller@usdoj.gov
*Counsel for the Defendant, the Internal Revenue Service*

CHRISTIAN A. SPECK
WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP
10640 Mather Blvd. Suite 200
Mather, California 95655
(916) 920-5286
CSpeck@wkblaw.com
*Counsel for the Plaintiff, Billie M. Mertes*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLIE M. MERTES,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Defendant. | No. 1:19-cv-1218-AWI-SKO<br><br>**JOINT STIPULATION OF PARTIAL DISMISSAL AND ~~PROPOSED~~ ORDER** |

Joint Stipulation of Partial Dismissal                                                                                                    1

Plaintiff, Billie M. Mertes, and Defendant, the Internal Revenue Service (Service) hereby stipulate to dismiss with prejudice all remaining claims on the merits in this Freedom of Information Act action.  However, the Court shall retain jurisdiction to adjudicate briefing on a motion for attorney's fees and costs that Plaintiff Mertes may file.

Dated: February 18, 2021

DAVID HUBBERT
Acting Assistant Attorney General

| | |
|---|---|
| */s/ Emily Katherine Miller* | */s/ Christian A. Speck* _____ |
| EMILY K. MILLER | (as authorized via email on Feb. 18, 2021) |
| Trial Attorney, Tax Division | CHRISTIAN A. SPECK |
| United States Department of Justice | Wagner Kirkman Blaine |
| P.O. Box 227 | Klomparens & Youmans LLP |
| Ben Franklin Station | 10640 Mather Blvd. Suite 200 |
| Washington, D.C. 20044 | Mather, California 95655 |
| (202) 353-7509 | (916) 920-5286 |
| Emily.K.Miller@usdoj.gov | CSpeck@wkblaw.com |
| *Counsel for the Internal Revenue Service* | *Counsel for Billie M. Mertes* |

IT IS SO ORDERED.

Dated:   February 18, 2021         _____
                                                    SENIOR DISTRICT JUDGE